**98–101. State v. Cooper.**
Montgomery App. No. 16095. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–117. State v. Frazier.**
Cuyahoga App. Nos. 71675, 71676, 71677 and 71678. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–120. Beecher v. Ohio State Home Serv., Inc.**
Summit App. No. 18439. On review of order certifying a conflict. The court determines that a conflict exists on the following question:

"When the validity of a contract containing an arbitration clause is challenged based on a general claim of fraudulent inducement, must the trial court first determine whether the contract is valid before submitting the case to arbitration, or is this only required when the claim of fraudulent inducement is specifically directed at the arbitration clause?"

RESNICK and F.E. SWEENEY, JJ., dissent.

*Sua sponte,* cause held for the decision in 96–1803, *ABM Farms, Inc. v. Woods,* Fairfield App. No. 95CA50; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**98–151. Bloom v. Stevens.**
Ashland App. No. 97COA01207. On review of order certifying a conflict. The court determines that a conflict exists on the following question:

"Whether under Juv.R. 4(A) and R.C. 2151.352, a parent is entitled to appointed counsel in all matters properly brought before the juvenile court, including companionship, custody and visitation issues?"

*Sua sponte,* cause consolidated with 97–2486, *infra,* and causes held for the decision in 97–1915, *State ex rel. Asberry v. Payne;* briefing schedule stayed.

## DISCRETIONARY APPEALS ALLOWED

**97–2100. FOE Aerie 0582 Twin City v. Ohio Liquor Control Comm.**
Franklin App. No. 97APE03–339. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 96–1269, *AL Post 763 v. Ohio Liquor Control Comm.;* 96–1572, *VFW Post 4235 v. Ohio Liquor Control Comm.;* 96–1575, *VFW Post 4615 v. Ohio Liquor Control Comm.;* and 96–2797, *AL Post 0184 v. Ohio Liquor Control Comm.;* briefing schedule stayed.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–2486. Bloom v. Stevens.**
Ashland App. No. 97COA01207.

F.E. SWEENEY, J., dissents.

*Sua sponte,* cause consolidated with 98–151, *supra.*

**97–2585. State v. Lawrence.**
Summit App. No. 18298. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**97–2587. In re Willhite.**
Hamilton App. No. C–970122.

DOUGLAS, J., dissents.

**97–2609. Breidenbach v. Conrad.**
Seneca App. No. 13–97–6. Discretionary appeal allowed on Propositions of Law Nos. I and II; *sua sponte,* cause held for the decision in 97–517, *George v. Ohio Bur. of Workers' Comp.,* Montgomery App. No. 16081; briefing schedule stayed.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would allow all propositions of law.